UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARVIN ALEX,<br><br>                            Petitioner,<br>v.<br>HENDERSON DETENTION,<br><br>                            Respondent. | Case No. 2:20-cv-02190-JAD-BNW<br><br>**Order Dismissing Without Prejudice Petitioner Marvin Alex's Petition for Writ of Habeas Corpus** |

*Pro se* Petitioner Marvin Alex filed a petition for writ of habeas corpus under 28 U.S.C. § 2254[1] seeking release from the Henderson Detention Center where he was in the custody of U.S. Immigration and Customs Enforcement pending removal.

In November 2020, Alex submitted an Application to Proceed *In Forma Pauperis* ("IFP Application").[2] On January 6, 2021, I denied the IFP Application without prejudice because Alex used the incorrect form and his IFP application did not contain the appropriate financial information and documentation required by § 1915(a) and the Local Rules of Practice ("Local Rules"). I instructed Alex to either pay the $5.00 filing fee or submit a new IFP application no later than January 29, 2021.[3] Alex was warned that his failure to timely and fully comply with the order would "result in the dismissal of this action without prejudice and without further advance notice."[4]

Additionally, Alex failed to keep the court apprised of his current address. The U.S. Postal Service has returned court mail from the last institutional address provided by Alex with a notation indicating that he is not in custody at the Henderson Detention Center.[5] Alex was warned that the Local Rules require all parties, including habeas petitioners, to immediately file

---

[1] ECF No. 1-1.

[2] ECF No. 1.

[3] *See* ECF No. 4.

[4] *Id.*

[5] *See* Mail Returned as Not in Custody (ECF Nos. 3, 5).

1

with the court written notice of any change of address and that failure to comply may result in dismissal of the action. To date, Alex has not filed an IFP Application, resolved the filing fee, filed a notice of change of address or taken any other action to further prosecute this case. As this petitioner has failed to comply with my order and with the Local Rules, it is therefore ordered that this action is dismissed without prejudice.

IT IS THEREFORE ORDERED that Petitioner Marvin Alex's Petition for Writ of Habeas Corpus (ECF No. 1-1) is **dismissed without prejudice.**

IT IS FURTHER ORDERED that a certificate of appealability is **denied** as jurists of reason would not find dismissal of the petition to be debatable or wrong.

IT IS FURTHER ORDERED that under Rule 4 of the Rules Governing Section 2254 Cases, the Clerk of the Court will add Nevada Attorney General Aaron D. Ford as counsel for Respondents and informally serve the Nevada Attorney General by directing a notice of electronic filing of this order to his office. No response is required from Respondents other than to respond to any orders of a reviewing court.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to **ENTER FINAL JUDGMENT dismissing this action without prejudice, and CLOSE THIS CASE**.

Dated: May 21, 2021

_____
U.S. District Judge Jennifer A. Dorsey